**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Anthony J. Koepfer** | Social Security number or ITIN  **xxx–xx–6430** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **District of New Jersey**

Case number:  **16–20396–ABA**

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Anthony J. Koepfer

9/16/16                                                        **By the court:**  <u>Andrew B. Altenburg Jr.</u>
                                                                                          United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-20396-ABA
Anthony J. Koepfer                                                        Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin                Page 1 of 2                Date Rcvd: Sep 16, 2016
                               Form ID: 318               Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2016.
```
db              Anthony J. Koepfer,    11 Aldeberan Ct,    Turnersville, NJ  08012-2404
516203683      +Abington Memorial Hospital,    1200 Old York Rd,    Abington, PA 19001-3788
516203686       Bank of America,    4909 Savarese Cir,    Tampa, FL  33634-2413
516203684       Bank of America,    Attn: CACH, LLC,    4340 S Monaco St Fl 2,    Denver, CO  80237-3485
516203688      +CACH Of NJ LLC,    7 Century Drive, Ste 201,    Attn: Fein Such Kahn & Shepard,
                 Parsippany, NJ 07054-4609
516203689      +Capital One Auto Finance,    POB 259407,    Plano, TX 75025-9407
516203692      +Chase Home Mortgage,    POB 24696,    Columbus, OH 43224-0696
516203694       HSBC,   Attn: Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA  23502-4962
516203695       LabCorp,    Attn: LCA Collections,    PO Box 2240,    Burlington, NC  27216-2240
516203699       THD/CBNA  Home Depot,    PO Box 6497,    Sioux Falls, SD  57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 16 2016 23:36:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 16 2016 23:36:12      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +EDI: WFFC.COM Sep 16 2016 23:18:00      Wells Fargo Bank, N.A.,    PO Box 3569,
                 Rancho Cucamonga, CA 91729-3569
516203685       EDI: BANKAMER.COM Sep 16 2016 23:13:00      Bank Of America,    PO Box 982238,
                 El Paso, TX  79998-2238
516203687      +EDI: TSYS2.COM Sep 16 2016 23:13:00      Barclays Bank Delaware,    POB 8803,
                 Wilmington, DE 19899-8803
516203690       EDI: CAPITALONE.COM Sep 16 2016 23:13:00      Capital One Bank (USA) NA,    PO Box 30281,
                 Salt Lake City, UT  84130-0281
516203691       E-mail/Text: bankruptcy@cavps.com Sep 16 2016 23:36:32      Cavalry SPV I LLC,    POB 27288,
                 Tempe, AZ  85285-7288
516203693      +EDI: CITICORP.COM Sep 16 2016 23:13:00      Citibank NA,    701 E. 60th St. North,
                 Sioux Falls, SD 57104-0493
516203696       EDI: PRA.COM Sep 16 2016 23:13:00      Portfolio Recovery Association,    120 Corporate Blvd,
                 Norfolk, VA  23502-4962
516203697      +EDI: RMSC.COM Sep 16 2016 23:13:00      SYNCB/Care Credit,    C/O PO Box 965036,
                 Orlando, FL 32896-0001
516203698      +EDI: RMSC.COM Sep 16 2016 23:13:00      SYNCB/Home Design,    POB 965036,
                 Orlando, FL 32896-5036
516203701      +EDI: WFFC.COM Sep 16 2016 23:18:00      WFFNB/Raymour & Flanigan,    800 Walnut Street,
                 Des Moines, IA 50309-3605
516203700      +EDI: WFFC.COM Sep 16 2016 23:18:00      Wells Fargo Dealer Services,    POB 1697,
                 Winterville, SC 28590-1697
                                                                                             TOTAL: 13
```

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 18, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 16, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    trustee@hargravelaw.com,    jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 16, 2016
                              Form ID: 318             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Scott M. Zauber    on behalf of Debtor Anthony J. Koepfer szauber@subranni.com,
           ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
           hinnaurato@subranni.com

                                                                                        TOTAL: 3