| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SUBRANNI ZAUBER LLC<br>1624 Pacific Avenue<br>Atlantic City, NJ 08401<br>(609) 4347-7000; Fax (609) 345-4545<br>Attorneys for Debtor<br>By: Scott M. Zauber, Esq. | Order Filed on September 20, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
|---|---|
| In Re:<br>Anthony J. Koepfer | Case Number: 16-20396 (ABA)<br><br>Hearing Date: September 20, 2016<br><br>Judge: Andrew B. Altenburg<br><br>Chapter: 7 |

Recommended Local Form: ☑ Followed  ☐ Modified

### ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
### PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2016**

_/s/ Andrew B. Altenburg, Jr._
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as _____11 Aldeberan Court, Turnersville, NJ 08012_____, and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1. CACH of NJ, LLC (DC-001061-13; Citibank, NA (DC-011950-12)

2. Cavalry SPC I, LLC (DC-013814-14); Portfolio Recovery (DC-006728-13)

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

2