UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

SUBRANNI ZAUBER LLC
1624 Pacific Avenue
Atlantic City, NJ 08401
(609) 4347-7000; Fax (609) 345-4545
Attorneys for Debtor
By: Scott M. Zauber, Esq.

**Order Filed on September 20, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Anthony J. Koepfer

| | |
|---|---|
| Case Number: | 16-20396 (ABA) |
| Hearing Date: | September 20, 2016 |
| Judge: | Andrew B. Altenburg |
| Chapter: | 7 |

Recommended Local Form:    ☞ Followed    ☞ Modified

## ORDER TO AVOID LIEN(S) IN A CHAPTER 7 CASE
## PURSUANT TO 11 U.S.C. § 522(f)

The relief set forth on the following page is **ORDERED**.

**DATED: September 20, 2016**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Case 16-20396-ABA   Doc 21   Filed 09/22/18   Entered 09/23/18 00:37:09   Desc
Proposed Order    Page 2 of 3

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial lien(s) on the property described as            11 Aldeberan Court, Turnersville, NJ 08012            , and it is hereby

ORDERED that the following judicial lien(s) is (are) avoided (list liens):

1.      CACH of NJ, LLC (DC-001061-13; Citibank, NA (DC-011950-12)

2.      Cavalry SPC I, LLC (DC-013814-14); Portfolio Recovery (DC-006728-13)

and it is hereby

ORDERED that the debtor may avoid above referenced lien(s) and have same cancelled of record as to the property, provided the debtor is granted a discharge in this chapter 7 case.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-20396-ABA
Anthony J. Koepfer                                                            Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin            Page 1 of 1            Date Rcvd: Sep 20, 2016
                               Form ID: pdf903        Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 22, 2016.
db            Anthony J. Koepfer,    11 Aldeberan Ct,    Turnersville, NJ  08012-2404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                    Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 20, 2016 at the address(es) listed below:
           Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA N.A. dcarlon@kmllawgroup.com,
            bkgroup@kmllawgroup.com
           John W. Hargrave    trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
           Scott M. Zauber    on behalf of Debtor Anthony J. Koepfer szauber@subranni.com,
            ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
            hinnaurato@subranni.com
                                                                                    TOTAL: 3