UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: 16-20396-ABA |
| --- | --- |
| | Chapter: 7 |
| Anthony J. Koepfer | Judge: Andrew Altenberg |

## NOTICE OF PROPOSED ABANDONMENT

JOHN W. HARGRAVE, Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:

Clerk, US Bankruptcy court
401 Market Street
Camden, NJ 08102

If an objection is filed, a hearing will be held before the Honorable Andrew Altenberg on November 1,2016 at 10 a.m. at the United States Bankruptcy Court, Courtroom no. 4B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of no Objection.

Description and value of property:

| | Description of Real Property | Petition Value |
| --- | --- | --- |
| 1 | 11 Aldeberan Ct Turnersville, NJ - 08012-2404 Gloucester County | $50,000.00 |

Liens on property:

| | Description of Real Property | Creditors Info | Amount of Claim |
| --- | --- | --- | --- |
| 1 | 11 Aldeberan Ct Turnersville, NJ - 08012-2404 Gloucester County | 1st mortgage---Bank of America | $128,788.00 |

Amount of Equity claimed as exempt:

| | Description of Real Property | Value of Claimed Exemption |
| --- | --- | --- |
| 1 | 11 Aldeberan Ct Turnersville, NJ - 08012-2404 Gloucester County | $0.00 |

Objections must be served on, and requests for additional information directed to:

Name:           /s/ John W. Hargrave

Address:        117 Clements Bridge Road, Barrington, NJ 08007

Telephone No.:  (856) 547-6500

```
                             United States Bankruptcy Court
                                  District of New Jersey
In re:                                                                 Case No. 16-20396-ABA
Anthony J. Koepfer                                                     Chapter 7
         Debtor
                                   CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                 Page 1 of 2                  Date Rcvd: Sep 30, 2016
                               Form ID: pdf905             Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2016.
db             Anthony J. Koepfer,    11 Aldeberan Ct,     Turnersville, NJ 08012-2404
cr            +Wells Fargo Bank, N.A.,    PO Box 3569,    Rancho Cucamonga, CA 91729-3569
516203683     +Abington Memorial Hospital,    1200 Old York Rd,    Abington, PA 19001-3788
516203685    ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
             (address filed with court: Bank Of America,     PO Box 982238,    El Paso, TX 79998-2238)
516203686      Bank of America,    4909 Savarese Cir,    Tampa, FL 33634-2413
516203684      Bank of America,    Attn: CACH, LLC,    4340 S Monaco St Fl 2,    Denver, CO 80237-3485
516203687     +Barclays Bank Delaware,    POB 8803,    Wilmington, DE 19899-8803
516203688     +CACH Of NJ LLC,    7 Century Drive, Ste 201,    Attn: Fein Such Kahn & Shepard,
                Parsippany, NJ 07054-4609
516203689     +Capital One Auto Finance,    POB 259407,    Plano, TX 75025-9407
516203690      Capital One Bank (USA) NA,    PO Box 30281,    Salt Lake City, UT 84130-0281
516203692     +Chase Home Mortgage,    POB 24696,    Columbus, OH 43224-0696
516203693     +Citibank NA,    701 E. 60th St. North,    Sioux Falls, SD 57104-0493
516203694      HSBC,    Attn: Portfolio Recovery,    120 Corporate Blvd,    Norfolk, VA 23502-4962
516203695      LabCorp,    Attn: LCA Collections,    PO Box 2240,    Burlington, NC 27216-2240
516203699      THD/CBNA Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
516203701     +WFFNB/Raymour & Flanigan,    800 Walnut Street,    Des Moines, IA 50309-3605
516203700     +Wells Fargo Dealer Services,    POB 1697,    Winterville, SC 28590-1697

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 30 2016 23:13:24      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 30 2016 23:13:23      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,  Suite 2100,
                Newark, NJ 07102-5235
516203691      E-mail/Text: bankruptcy@cavps.com Sep 30 2016 23:13:33      Cavalry SPV I LLC,   POB 27288,
                Tempe, AZ 85285-7288
516203696      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 30 2016 23:05:45
                Portfolio Recovery Association,    120 Corporate Blvd,    Norfolk, VA 23502-4962
516203697     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 23:05:12      SYNCB/Care Credit,
                C/O PO Box 965036,    Orlando, FL 32896-0001
516203698     +E-mail/PDF: gecsedi@recoverycorp.com Sep 30 2016 23:06:07      SYNCB/Home Design,   POB 965036,
                Orlando, FL 32896-5036
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2016                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   BANK OF AMERICA N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John W. Hargrave    on behalf of Trustee John W. Hargrave trustee@hargravelaw.com,
               jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              John W. Hargrave     trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Scott M. Zauber    on behalf of Debtor Anthony J. Koepfer szauber@subranni.com,
               ecf@subranni.com;desk@subranni.com;cwild@subranni.com;jwiesner@subranni.com;mmorrow@subranni.com;
               hinnaurato@subranni.com
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Sep 30, 2016
                              Form ID: pdf905          Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 4